UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA



## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    Margaret M. Doran
Chapter 7 Case No.    08-30542

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Paul Radiology<br>166 4th Street East<br>St. Paul, MN 55101 | 18 | 55.55 | 1.26 |

Date:    March 10, 2011             _____
                                                             Trustee

RECEIVED 11 MAR 17 AM 10:05 U.S. BANKRUPTCY COURT ST. PAUL, MN